**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**


**JAMES H. STERN, #130001**                                            **PETITIONER**

**VERSUS**                                    **CIVIL ACTION NO.   3:09cv335-HTW-LRA**

**STATE OF MISSISSIPPI**                                            **RESPONDENT**

<u>ORDER</u>

Upon consideration of the petition filed pursuant to 28 U.S.C. § 2254  by the petitioner in

the above entitled action, the court notes that the petitioner failed to file an application to proceed

<u>in</u> <u>forma</u> <u>pauperis</u> or pay the $5.00 filing fee.  Accordingly, it is hereby

ORDERED:

1.  That on or before June 29, 2009, petitioner shall file a completed application for leave

to proceed <u>in</u> <u>forma</u> <u>pauperis</u> which is attached, OR pay the $5.00 filing fee.  If the petitioner or

someone on behalf of the petitioner submits the $5.00 filing fee, there must be a written

explanation that the money is being submitted as payment of the filing fee in Civil Action

Number  3:09cv335-HTW-LRA on behalf of  petitioner, JAMES H. STERN, #130001.

2.  **That petitioner is informed that his failure to timely comply with the**

**requirements of this order may lead to the dismissal of his petition.**

3.  The Clerk shall mail the attached <u>in</u> <u>forma</u> <u>pauperis</u> application to the petitioner at his

last known address.

THIS, the <u>8th</u> day of June,  2009.

*s/Linda R. Anderson*
UNITED STATES MAGISTRATE JUDGE


HC- 8

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

**JAMES H. STERN, #130001**                                    **PETITIONER**

**v.**                                    **CIVIL ACTION NO.  3:09cv335-HTW-LRA**

**STATE OF MISSISSIPPI**                                    **RESPONDENT**


## MOTION TO PROCEED *IN FORMA PAUPERIS*


I, _____(name), _____(prisoner number), declare that I am the petitioner in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. §1915 I declare that I am unable to pay the costs of said proceedings or give security therefor; that I believe I am entitled to the relief.

Signed: _____          Date: _____


## AFFIDAVIT IN SUPPORT OF MOTION


In support of this motion, I answer the following questions under penalty of perjury:

1.   Are you currently incarcerated?                                    ____ Yes     ___ No
     If "yes" state the place of your incarceration _____

2.   Are you presently employed (at the institution or otherwise)?     ____ Yes     ___ No
     a.  If the answer is "yes," state the amount of your salary or wages per month, and give the
         name and address of your employer. _____
         _____

     b.  If the answer is "no," state the date of the last employment and the amount of the salary
         and wages per month which you received._____
         _____

3.   Have you received within the past twelve months any money from any of the following
     sources?
     a.  Business, profession or form of self-employment?              ____ Yes     ____ No

USDC SDMS 04/01
prose\forms\orders\ifp\motiontoproceedifphabeas

b. Rent payments, interest or dividends?      ____ Yes      ____ No

c. Pensions, annuities or life insurance payments?      ____ Yes      ____ No

d. Gifts or inheritances?      ____ Yes      ____ No

e. Any other sources?      ____ Yes      ____ No

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months. _____

_____

_____.

4. Do you own cash, or do you have money in a checking or savings account?

____ Yes      ____ No (Include any funds in prison accounts.)

If the answer is "yes," state the total value of the items owned._____

_____

_____

5. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?      ____ Yes      ____ No

If the answer is "yes," describe the property and state its approximate value. _____

_____

_____

6. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

_____

_____

_____

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on _____          _____
                   Date                          Signature of Petitioner

## Certificate

I hereby certify that the petitioner herein has the sum of $_____ on account to his credit at the _____ institution where he is confined. I further certify that petitioner likewise has the following securities to his credit according to the records of said _____ institution:_____.

_____          _____
       Date                              Authorized Officer of Institution

USDC SDMS 04/01
prose\forms\orders\ifp\motiontoproceedifphabeas